

Jason M. Rapa, Esquire
JRAPA@RAPALEGAL.COM

Matthew J. Rapa, Esquire
MRAPA@RAPALEGAL.COM

141 S. 1st Street
Lehighton, PA 18235

610.377.7730
(fax) 610.377.7731
*Please reply to this address

609 Hamilton St., 1st Floor
Sovereign Building
Allentown, PA 18101

toll-free 866.740.6117

June 15, 2010

<u>Via Electronic & U.S. Mail</u>
Ronald S. Canter, Esquire
Law Offices of Ronald S. Canter, LLC.
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
rcanter@roncanterllc.com

    RE:    <u>Sherry McHugh v. Delanore, Kemper & Associates, LLC et al.</u>
            MDPA Civil Action No.: 3:09-CV-000631

Dear Mr. Canter:

I am serving you with notice that Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment as attached herein and tendered by Defendant in the above-referenced matter on June 7, 2010.

A copy of this acceptance along with the Offer of Judgment will be filed with the Court via ECF.

Very truly yours,

Jason M. Rapa, Esquire

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CASE NO. 09-631

| | |
|---|---|
| Sherry K. McHugh | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Delanore, Kemper & Associates, LLC., | ) |
| Ed Beckham and Mel Clark | ) |
| | ) |
| Defendants | ) |

**ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff, Sherry McHugh, hereby accepts the offer tendered by the Defendant on June 7, 2010, a copy of which is attached hereto as Exhibit "A".


Date: 6/15/10        s/ Jason M. Rapa, Esquire
                     Jason M. Rapa, Esquire
                     RAPA LAW OFFICE, P.C.
                     141 S. 1st Street
                     Lehighton, PA 18235
                     (610) 377-7730

EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 09-CV-631

| | |
|---|---|
| Sherry K. McHugh,<br><br>           Plaintiff<br><br>v.<br><br>Delanore, Kemper & Associates, LLC., Ed Beckham and Mel Clark<br><br>           Defendants | |

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Defendant, Delanore, Kemper & Associates, LLC, hereby serves its Offer of Judgment on the Plaintiff pursuant to Rule 68, Federal Rules of Civil Procedure:

1. Defendant, Delanore, Kemper & Associates, LLC will allow judgment to be entered against it and in favor of the Plaintiff in the sum of $5,000.00 together with Court costs, plus reasonable attorney fees.

2. The entry of judgment in favor of the Plaintiff against Defendant Delanore, Kemper & Associates, LLC will operate as a full and complete satisfaction of all the Plaintiff's claims against Defendants Delanore, Kemper & Associates, LLC and Mel Clark a/k/a Melvin V. Lundie and Ed Beckham.

3. The parties will attempt to reach an agreement regarding Plaintiff's attorney fees.

4. If the parties are unable to agree as to attorney fees, Plaintiff will file a motion for attorney fees with the Court.

5. The circumstances under which this offer may be accepted and/or is deemed rejected are set out in Rule 68, Federal Rules of Civil Procedure.

1

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
PA Bar #94000
11300 Rockville Pike, Suite 1200
Rockville, MD   20852
Direct Dial (301) 770-7490
Direct Fax  (301) 770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Defendant

4660 Trindle Road
Suite 300
Camp Hill, PA   17011
Local Address

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Overnight Delivery on this 7th day of June, 2010 to:

Jason M. Rapa, Esquire
Rapa Law Office, P.C.
141 S. 1st Street
Lehighton, PA   18235
Attorney for Plaintiff

/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Attorney for Defendant